UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

CLAUDIA AGAMEZ,

    Plaintiff,

v.

CHIQUITA BRANDS INTERNATIONAL, INC.,
d/b/a Chiquita Bananas,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, Chiquita Brands International, Inc. d/b/a Chiquita Bananas ("Defendant"), through undersigned attorneys, removes this cause from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida in which it is now pending, to the United States District Court for the Southern District of Florida. Removal is appropriate pursuant to 28 U.S.C. § 1446(a-c). As grounds for removal and for no other purpose, and in support hereof, Defendant states as follows:

    1.    On or about December 2, 2020 Claudia Agamez instituted this action in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Claudia Agamez v. Chiquita Brands International, Inc. d/b/a Chiquita Bananas,* Case No.:2020-025880-CA-01 (the "State Court Action").

    2.    Defendant was served with the Summons and the first page of the Complaint from the State Court Action on March 22, 2021. Defendant questions whether this was proper service. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons

and the first page of the Complaint. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

3.  In accordance with 28 U.S.C. §1446(a) a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court action, is attached to this Notice as Composite Exhibit "1".

4.  Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d). Attached to this Notice as Exhibit "2" is a copy of the Notice of Defendant's Notice of State Court Removal to Federal Court which is being filed in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

5.  Defendant is entitled to removal from the state court to this Court pursuant to 28 U.S.C. § 1441(a-c), which permits removal by a defendant to the District Court for the United States for the district and division embracing the place where such action is pending provided that the District Courts of the United States have original jurisdiction of the civil action brought in State Court. As set forth in Plaintiff's Complaint, the Complaint sets forth substantive Counts: "Count I – Violation of Title VII of the Civil Rights Act of 1964 – Discrimination based on Religion and Count II – Violation of Title VII: Retaliation and Count III – Violation of the FCRA Discrimination based on religion. The action is predicated on Title VII of the Civil Rights Act of 1964 and retaliation in violation of Title VII and the FCRA, which provides basis for federal question jurisdiction under 28 U.S.C. § 1441(a-c).  Further, the parties are diverse as Plaintiff Agamez is a citizen of the State of Florida and the Defendant is a citizen of the State of

New Jersey, and the controversy involves more than $75,000 in damages, as it alleges wrongful termination of employment.

6. The Complaint states that Venue is proper in Miami-Dade County, Florida because Plaintiff resides in Miami-Dade County, Florida and damages are due in Miami-Dade County, Florida. (*Complaint* ¶ 5), and that the suit was commenced in Miami-Dade County, Florida, which places venue in this Court pursuant to 29 U.S.C. § 201 *et seq.*

WHEREFORE, Defendant hereby gives notice pursuant to 28 U.S.C. §1446 of the removal of this action from the Circuit Court for the Eleventh Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division, and requests that all further proceedings be conducted in this Court as provided by law.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2021, the foregoing Notice of Removal was served via CM/ECF Notification and electronic mail, upon Peter M. Hoogerwoerd, Esq (pmh@rgpattorneys.com), Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130. Additionally, a copy of this document is being served on the clerk of court for the Miami-Dade County Court.

Respectfully submitted,

By: /s/ *Chris Kleppin*
Chris Kleppin
Fla. Bar No. 625485
ckleppin@gkemploymentlaw.com
The Kleppin Firm, P.A.
*Attorneys for Defendant*
8751 W. Broward Blvd
Suite 105
Plantation, FL 33324
Tel: 954-424—1933
Secondary E-Mails: assistant@gkemploymentlaw.com